DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DAVID LOPEZ, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-771

_____

September 17, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Pinellas County; Susan St. John, Judge.

David Lopez, pro se.

PER CURIAM.

    Affirmed.

VILLANTI, BLACK, and STARGEL, JJ., Concur.

_____

Opinion subject to revision prior to official publication.